# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153021

SPENCER B. GUPPY, a minor, by his
Next Friend PAULA J. GUPPY,
      Plaintiff-Appellee,

v

                                 SC: 153021
                                 COA: 328889

WYOMING COMMUNITY CHURCH,
      Defendant-Appellant.
                                 Kent CC: 14-003811-NO

_____/

      On the Court's own motion, we ORDER that trial court proceedings are stayed pending the completion of this appeal.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 17, 2016



                       Clerk

d0816